STATE OF CONNECTICUT *v.* RONALD JOHNSON ET AL.

The motion by the defendants for summary reversal is dismissed.

*Stephen Fine* and, of the New York bar, *Leonard B. Boudin, Kristin B. Glen* and *William M. Kunstler,* in support of the motion.

Submitted July 30—decided September 23, 1970

STATE OF CONNECTICUT *v.* AUGUSTUS J. SIMMONS

The petition by the defendant for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Igor I. Sikorsky, Jr.,* in support of the petition.

Submitted August 9—decided September 23, 1970

STATE OF CONNECTICUT *v.* FRANCISCO ANNUNZIATO

The motions by the defendant to modify the orders of the Superior Court in New Haven County fixing the amount of bail are denied.

*Alfonse C. Fasano,* in support of the motions.

Submitted August 14—decided September 23, 1970

LOUISE WHITE *v.* HENRY CHAPPELL ET AL.

The motion by the defendants to dismiss the appeal from the Superior Court in Hartford County is granted.

*John F. Murphy, Jr.,* for the appellees (defendants).